W. IRVING HAYES, Respondent, v. SCHUYLER C. THOMPSON, Appellant.

*Jury — verdict of — cannot be reviewed.*

"The object of the appellant in bringing this appeal, would seem to be to procure the review of the action of the jury, notwithstanding the evidence is conflicting. If any question of practice should be deemed settled in this State, it is that such a review cannot be had. It would relieve clients of expense, and the

* Wooster v. Chamberlin, 38 Barb., 602 ; Sweet v. Tuttle, 4 Kernan, 468.

courts of very much labor, if counsel would conform to a rule so long and so uniformly acted upon by the courts."

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury; and from an order denying a motion for a new trial.

*Charles Mason*, for the appellant.

*H. W. Bentley* and *George W. Smith*, for the respondent.

Opinion by MULLIN, P. J.

Judgment and order affirmed.